| | |
|---|---|
| 1 | RICHARD C. JOHNSON (SBN 40881) |
|   | SHAAMINI A. BABU (SBN 230704) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
|   | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
|   | djohnson@sjlawcorp.com |
| 5 | sbabu@sjlawcorp.com |

6  Attorneys for Plaintiffs

7  DOMINIC V. SIGNOROTTI (SBN 267712)
   BUCHMAN PROVINE BROTHERS SMITH LLP
8  1333 North California Blvd. Suite 350
   Walnut Creek, CA 94596
9  (925) 944-9700
   (925) 944-9701 – Facsimile
10 dsignorotti@bpbsllp.com

11 Attorneys for Defendants
   Galletti Properties, LLC; Galletti Brothers Properties;
12 John O. Galletti; George E. Galletti

13 CHARLES E. MERRILL (SBN 87861)
   MERRILL NOMURA & MOLINEUX LLP
14 65 Oak Court
   Danville, CA 94526
15 (925) 833-1000
   (925) 833-1001 – Facsimile
16 CMerrill@merrillnomura.com

17 Attorney for Defendant
   Robert R. Galletti

18
                        UNITED STATES DISTRICT COURT
19
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
20
                              (SAN FRANCISO DISIVISION)
21

| | | |
|---|---|---|
| 22 | PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al. | Case No.: CV 13-3176 SI |
| 23 | | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [~~PROPOSED~~] ORDER** |
| 24 | Plaintiffs, | |
| 25 | vs. | Date:     October 11, 2013 |
| 26 | GALLETTI CONCRETE, INC., et al., | Time:     2:30 pm |
| 27 | Defendants. | Location: Courtroom 10, 19th Floor |
| 28 | | Judge:    Honorable Susan Illston |

Plaintiffs intend to file a First Amended Complaint ("FAC") by October 20, 2013, pursuant to the Court's Order Granting Defendants' Motion to Dismiss. Docket No. 30. The parties will serve Initial Disclosures within twenty-one (21) days from the date Defendants file an Answer to the FAC. Plaintiffs intend to serve discovery and request responses and documents prior to the mediation in an attempt to narrow pending issues and streamline the negotiations. As stipulated by the parties and ordered by the Court, the parties will participate in mediation within ninety (90) days from the date Defendants file an Answer to the FAC. Docket No. 32. Accordingly, the parties respectfully request that the Case Management Conference scheduled for Friday October 11, 2013, be continued to Friday February 28, 2014, in order to provide the parties with sufficient opportunity to exchange information and documents and explore settlement options.

Dated: September 27, 2013        SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
    Shaamini A. Babu
    Attorney for Plaintiffs

Dated: September 27, 2013        BUCHMAN PROVINE BROTHERS SMITH LLP

By: _____/s/_____
    Dominic V. Signorotti
    Attorneys for Defendants
    Galletti Properties, LLC; Galletti Brothers
    Properties; John O. Galletti; George E. Galletti

Dated: September 27, 2013        MERRILL NOMURA & MOLINEUX LLP

By: _____/s/_____
    Charles E. Merrill
    Attorney for Defendant Robert R. Galletti

### ORDER

Based on the foregoing, and good cause appearing, the Case Management Conference is hereby continued to Friday February 28, 2014, at __3:00__ p.m. The parties shall file a Case Management Conference Statement by Friday February 21, 2014.

Date: __9/27/13_____        _____
                                  Honorable Susan Illston
                                  United States District Court Judge