| | |
|---|---|
| 1 | RICHARD C. JOHNSON (SBN 40881) |
|   | SHAAMINI A. BABU (SBN 230704) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
|   | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
|   | djohnson@sjlawcorp.com |
| 5 | sbabu@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |
| 7 | DOMINIC V. SIGNOROTTI (SBN 267712) |
|   | BUCHMAN PROVINE BROTHERS SMITH LLP |
| 8 | 1333 North California Blvd. Suite 350 |
|   | Walnut Creek, CA 94596 |
| 9 | (925) 944-9700 |
|   | (925) 944-9701 – Facsimile |
| 10 | dsignorotti@bpbsllp.com |
| 11 | Attorneys for Defendants |
|    | Galletti Properties, LLC; Galletti Brothers Properties; |
| 12 | John O. Galletti; George E. Galletti |
| 13 | CHARLES E. MERRILL (SBN 87861) |
|    | MERRILL NOMURA & MOLINEUX LLP |
| 14 | 65 Oak Court |
|    | Danville, CA 94526 |
| 15 | (925) 833-1000 |
|    | (925) 833-1001 – Facsimile |
| 16 | CMerrill@merrillnomura.com |
| 17 | Attorney for Defendant |
|    | Robert R. Galletti |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISO DISIVISION)

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GALLETTI CONCRETE, INC., et al.,<br><br>Defendants. | Case No.: CV 13-3176 SI<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [~~PROPOSED~~] ORDER**<br><br>Date:       October 11, 2013<br><br>Time:       2:30 pm<br><br>Location:   Courtroom 10, 19th Floor<br><br>Judge:      Honorable Susan Illston |

Plaintiffs intend to file a First Amended Complaint ("FAC") by October 20, 2013, pursuant to the Court's Order Granting Defendants' Motion to Dismiss. Docket No. 30. The parties will serve Initial Disclosures within twenty-one (21) days from the date Defendants file an Answer to the FAC. Plaintiffs intend to serve discovery and request responses and documents prior to the mediation in an attempt to narrow pending issues and streamline the negotiations. As stipulated by the parties and ordered by the Court, the parties will participate in mediation within ninety (90) days from the date Defendants file an Answer to the FAC. Docket No. 32. Accordingly, the parties respectfully request that the Case Management Conference scheduled for Friday October 11, 2013, be continued to Friday February 28, 2014, in order to provide the parties with sufficient opportunity to exchange information and documents and explore settlement options.

Dated: September 27, 2013                SALTZMAN & JOHNSON LAW CORPORATION

                                         By: _____/s/_____
                                             Shaamini A. Babu
                                             Attorney for Plaintiffs

Dated: September 27, 2013                BUCHMAN PROVINE BROTHERS SMITH LLP

                                         By: _____/s/_____
                                             Dominic V. Signorotti
                                             Attorneys for Defendants
                                             Galletti Properties, LLC; Galletti Brothers
                                             Properties; John O. Galletti; George E. Galletti

Dated: September 27, 2013                MERRILL NOMURA & MOLINEUX LLP

                                         By: _____/s/_____
                                             Charles E. Merrill
                                             Attorney for Defendant Robert R. Galletti

## ORDER

Based on the foregoing, and good cause appearing, the Case Management Conference is hereby continued to Friday February 28, 2014, at __3:00__ p.m. The parties shall file a Case Management Conference Statement by Friday February 21, 2014.

Date: __9/27/13__                        _____
                                         Honorable Susan Illston
                                         United States District Court Judge