IT IS SO ORDERED
Susan Illston
Judge Susan Illston

1  Charles E. Merrill – State Bar No. 87861
2  Christine M. Wheatley – State Bar No. 203397
   MERRILL, NOMURA & MOLINEUX LLP
3  65 Oak Court
   Danville, CA  94526
4  Telephone:     (925) 833-1000
   Facsimile:     (925) 833-1001
5
6  Attorneys for Defendants ROBERT GALLETTI,
   an individual
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | PENSION PLAN FOR PENSION TRUST     | Case No.  CV 13-3176 MEJ
12 | FUND FOR OPERATING ENGINEERS;      |
   | RICHARD PIOMBO, and RUSSELL E.     | **SUBSTITUTION OF DEFENDANT**
13 | BURNS, as Trustees,                | **ROBERT GALLETTI *IN PROPRIA***
   |                                    | ***PERSONA***
14 | Plaintiff,                         |
15 | v.                                 |
16 | GALLETTI CONCRETE, INC., a         |
17 | California corporation; ROBERT R.  |
   | GALLETTI, an individual; et al.,   |
18 | Defendants.                        |

19

20  TO THE COURT AND TO ALL PARTIES:

21       PLEASE BE ADVISED that Defendant ROBERT GALLETTI, an individual, hereby

22  substitutes himself *in propria persona* in the place and stead of Merrill, Nomura & Molineux

23  LLP.

24  ///

25

26

27  ///

28

---
                                    1
SUBSTITUTION OF ATTORNEY – CV 13-3176

ROBERT GALLETTI's contact information is as follows:

Mr. Robert Galletti
1542 Grove Way
Concord, CA 94519
Telephone:   (925) 382-7154

Dated: November 11/7, 2013

_____
Robert Galletti, Defendant in Pro Per

SUBSTITUTION OF ATTORNEY – CV 13-3176

2