RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com
Attorneys for Plaintiffs

DOMINIC V. SIGNOROTTI (SBN 267712)
BUCHMAN PROVINE BROTHERS SMITH LLP
1333 North California Blvd. Suite 350
Walnut Creek, CA 94596
(925) 944-9700
(925) 944-9701 – Facsimile
dsignorotti@bpbsllp.com
Attorneys for Defendants
Galletti Properties, LLC; Galletti Brothers Properties;
John O. Galletti; George E. Galletti

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>GALLETTI CONCRETE, INC., et al.,<br><br>Defendants. | Case No.: CV 13-3176 SI<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE; AND [~~PROPOSE~~D ORDER]** |
|---|---|

Plaintiffs Pension Plan for Pension Trust Fund for Operating Engineer and Defendants Galletti Properties, LLC; Galletti Brothers Properties; John O. Galletti; and George E. Galletti (collectively "Defendants") through their respective counsel hereby stipulate to the following:

1. Default was entered against Galletti & Concrete, Inc. on September 3, 2013. (Docket No. 26).

2. The Stipulation & Order Selecting ADR Process was entered on September 24, 2013, specifying that mediation in this action must be completed within 90-days of the date of the

1. Answer to the First Amended Complaint i.e. February 6, 2014. (Docket No. 32).

2.    3.   The Court appointed C. Mark Humbert as a mediator on December 30, 2013 (Docket No. 45).

3.    4.   On January 16, 2014, Plaintiffs objected to the appointment of C. Mark Humbert as a mediator in this case. As such, the ADR Unit is in the process of appointing another mediator as soon as possible. (Docket No. 46).

4.    5.   Plaintiffs have served discovery and Defendants will be providing responses and documents.

5.    6.   On January 23, 2014, Plaintiffs sent a copy of this Stipulation to Continue Mediation Deadline and Case Management; [Proposed] Order to Defendant Robert Galletti and asked him to approve it for filing. A copy was also sent to Defendant Robert Galletti's former attorney, Charles Merrill. To date, Plaintiffs have not received a response from Robert Galletti.

6.    7.   Based on the foregoing, the parties hereby stipulate to continue the mediation deadline to March 21, 2014, in order to provide the parties with sufficient opportunity to prepare for and participate in mediation. Accordingly, the parties respectfully request that the Case Management Conference scheduled for February 28, 2014 (Docket No. 34) be continued to April 4, 2014.

Dated: January 31, 2014          SALTZMAN & JOHNSON LAW CORPORATION

By:    //S//
     Shaamini A. Babu
     Attorneys for Plaintiffs

Dated: January 31, 2014          BUCHMAN PROVINE BROTHERS SMITH LLP

By:    //S//
     Dominic V. Signorotti
     Attorneys for Defendants Galletti Properties,
     LLC; Galletti Brothers Properties;
     John O. Galletti; George E. Galletti

**ORDER**

IT IS SO ORDERED.

     Based on the foregoing, and good cause appearing, the mediation deadline is hereby extended to March 21, 2014, and Case Management Conference is scheduled for April 4, 2014. The parties must submit file a Joint Case Management Conference Statement by March 28, 2014.

Date: 1/31/14  _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE