1  SHAAMINI A. BABU (SBN 230704)
   Saltzman & Johnson Law Corporation
2  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
3  (415) 882-7900
   (415) 882-9287 – Facsimile
4  sbabu@sjlawcorp.com

5  Attorneys for Plaintiffs

6  HORACE W. GREEN (SBN 115699)          CHARLES HASTINGS (SBN 88599)
   DOMINIC V. SIGNOROTTI (SBN 267712)    Hastings Law Office
7  Buchman Provine Brothers Smith LLP    4568 Feather River Dr. Suite A
   1333 North California Blvd. Suite 350  Stockton, CA 95219
8  Walnut Creek, CA 94596                (209) 476-1010
   (925) 944-9700                        (209) 952-7854
9  (925) 944-9701 – Facsimile            chastings@hastingslawoffice.com
   hgreen@bpbsllp.com
10 dsignorotti@bpbsllp.com               Attorneys for Robert Galletti

11 Attorneys for Defendants
   Galletti Properties, LLC; Galletti Brothers
12 Properties; John O. Galletti; George E. Galletti

13                 UNITED STATES DISTRICT COURT

14               FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 PENSION PLAN FOR PENSION TRUST          Case No.:  CV 13-3176 SI
   FUND FOR OPERATING ENGINEERS, et al.
16                                         **REQUEST TO CONTINUE CASE**
        Plaintiffs,                        **MANAGEMENT CONFERENCE**
17                                         **PURSUANT TO STIPULATION;**
   vs.                                     **AND [~~PROPOSED~~ ORDER]**
18
   GALLETTI CONCRETE, INC., et al.,        Date:      November 14, 2014
19                                         Time:      2:30 p.m.
        Defendants.                        Location:  450 Golden Gate Avenue
20                                                    San Francisco, California
                                           Courtroom: 10, 19th Floor
21                                         Judge:     Honorable Susan Illston

22

23      Plaintiffs hereby submit this Request to Continue the Case Management Conference

24 currently scheduled for November 14, 2014 at 2:30 p.m.

25      1.    On February 5, 2014, the ADR Unit assigned Andre Hassid to serve as a mediator

26 in this matter. (Docket No. 50).

27      2.    On June 2, 2014, the Court granted the parties' stipulated request to continue the

28 mediation deadline to November 1, 2014 and the Case Management Conference to November 14,

1 | 2014. (Docket No. 55).

2 |     3.    A mediation was held on October 8, 2014, with Andre Hassid. Defendants Galletti Properties, LLC; Galletti Brothers Properties; Robert Galletti and John O. Galletti ("Mediating Defendants") and Plaintiffs, and their respective counsel, participated in the mediation. George Galletti was not present at the mediation.

    4.    As a result of the mediation, Plaintiffs and Mediating Defendants are continuing to discuss possible resolution of this matter without the need for a trial.

    5.    This action should not be dismissed since the terms of the settlement have not been satisfied.

    6.    Based on the foregoing, the parties respectfully request that this Court continue the Case Management Conference to January 30, 2015, in order to for parties to have sufficient opportunity to explore settlement options.

Dated: October 22, 2014    SALTZMAN & JOHNSON LAW CORPORATION

By: _____//S//_____
    Shaamini A. Babu
    Attorneys for Plaintiffs

Dated: October 22, 2014    BUCHMAN PROVINE BROTHERS SMITH LLP

By: _____//S//_____
    Horace W. Green
    Dominic V. Signorotti
    Attorneys for Defendants Galletti Properties,
    LLC; Galletti Brothers Properties;
    John O. Galletti; George E. Galletti

Dated: October 22, 2014    HASTINGS LAW OFFICE

By: _____//S//_____
    Charles Hastings
    Hastings Law Office
    Attorneys for Defendant Robert Galletti

**ORDER**

IT IS SO ORDERED.

    Based on the foregoing, and good cause appearing, the Case Management Conference is continued to January 30, 2015. The parties must submit file a Joint Case Management Conference Statement by January 25, 2015.

Date: 10/27/14  
_____  
THE HONORABLE SUSAN ILLSTON  
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On October 22, 2014, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO STIPULATION; AND [PROPOSED ORDER]**

XX   **MAIL** by placing the envelope for collection and mailing on the date shown above following our ordinary business practices. Being readily familiar with this business's practice for collecting and processing correspondence for mailing, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed enveloped with postage fully prepaid.

XX   **ELECTRONIC-MAIL** by causing said document to be transmitted by electronic-mail to the address indicated set forth below.

Defendant Robert Galletti
c/o Charles Hastings, Esq.
Hastings Law Office
4568 Feather River Dr. Suite A
Stockton, CA 95219
chastings@hastingslawoffice.com

XX   **ELECTRONICALLY** by causing said document to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

Defendants Galletti Properties, LLC; Galletti Brothers Properties;
John O. Galletti; George E. Galletti
c/o Horace W. Green, Esq. & Dominic V. Signorotti, Esq.
Buchman Provine Brothers Smith LLP
1333 North California Blvd. Suite 350
Walnut Creek, CA 94596

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22nd day of October, 2014, at San Francisco, California.

_____/S/_____
Catherine Jemera