SHAAMINI A. BABU (SBN 230704)
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

HORACE W. GREEN (SBN 115699)
DOMINIC V. SIGNOROTTI (SBN 267712)
Buchman Provine Brothers Smith LLP
1333 North California Blvd. Suite 350
Walnut Creek, CA 94596
(925) 944-9700
(925) 944-9701 – Facsimile
hgreen@bpbsllp.com
dsignorotti@bpbsllp.com

Attorneys for Defendants
Galletti Properties, LLC; Galletti Brothers
Properties; John O. Galletti; George E. Galletti

CHARLES HASTINGS (SBN 88599)
Hastings Law Office
4568 Feather River Dr. Suite A
Stockton, CA 95219
(209) 476-1010
(209) 952-7854
chastings@hastingslawoffice.com

Attorneys for Robert Galletti

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>GALLETTI CONCRETE, INC., et al.,<br><br>Defendants. | Case No.: CV 13-3176 SI<br><br>**REQUEST TO VACATE DISMISSAL AND RESTORE CASE MANAGEMENT CONFERENCE TO CALENDAR PURSUANT TO STIPULATION;<br>AND [P~~ROPOSED~~ ORDER]** |

Plaintiffs PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.; and Defendants GALLETTI PROPERTIES, LLC, GALLETTI BROTHERS PROPERTIES, JOHN O. GALLETTI, GEORGE E. GALLETTI, and ROBERT GALLETTI hereby jointly submit this Request to vacate the Dismissal on file herein and to restore the Case Management Conference, previously scheduled for January 30, 2015 at 2:30 p.m. to the calendar. The Request is based on the following:

1.   On February 5, 2014, the ADR Unit assigned Andre Hassid to serve as a mediator

in this matter. (Docket No. 50).

2. On June 2, 2014, the Court granted the parties' stipulated request to continue the mediation deadline to November 1, 2014 and the Case Management Conference to November 14, 2014. (Docket No. 55).

3. A mediation was held on October 8, 2014, with Andre Hassid. Defendants Galletti Properties, LLC; Galletti Brothers Properties; Robert Galletti and John O. Galletti ("Mediating Defendants") and Plaintiffs, and their respective counsel, participated in the mediation. George Galletti was not present at the mediation.

4. As a result of the mediation, Plaintiffs and Mediating Defendants are continuing to discuss possible resolution of this matter without the need for a trial.

5. This action should not be dismissed since the terms of the settlement have not been satisfied.

6. Based on the foregoing, the parties respectfully request that this Court vacate the Dismissal filed in this action, and restore the Case Management Conference previously set for January 30, 2015 to the calendar, in order to for parties to have sufficient opportunity to explore settlement options.

Dated: November 10, 2014        SALTZMAN & JOHNSON LAW CORPORATION

                                By: _____//S//_____
                                    Shaamini A. Babu
                                    Attorneys for Plaintiffs

Dated: November 10, 2014        BUCHMAN PROVINE BROTHERS SMITH LLP

                                By: _____//S//_____
                                    Horace W. Green
                                    Dominic V. Signorotti
                                    Attorneys for Defendants Galletti Properties,
                                    LLC; Galletti Brothers Properties;
                                    John O. Galletti; George E. Galletti

Dated:  November 10, 2014                    HASTINGS LAW OFFICE

By: _____//S//_____
Charles Hastings
Hastings Law Office
Attorneys for Defendant Robert Galletti

## ORDER

IT IS SO ORDERED.

    Based on the foregoing, and good cause appearing, the Dismissal in this action is VACATED and a Case Management Conference is calendared for January 30, 2015.  The parties must submit file a Joint Case Management Conference Statement by January 23, 2015.

Date: _____            _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

REQUEST TO VACATE DISMISSAL AND RESTORE CMC TO CALENDAR
CASE NO. 13-3176 SI

# PROOF OF SERVICE

I, Anna Johnson, declare:

I am a citizen of the United States and employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2033 N. California Blvd., Suite 720, Walnut Creek, California 94596. On November 10, 2014, I served a copy of the within document(s):

**REQUEST TO VACATE DISMISSAL AND RESTORE CASE MANAGEMENT CONFERENCE TO CALENDAR PURSUANT TO STIPULATION; AND [PROPOSED ORDER]**

☒ **By transmission of the Notice of Electronic Filing** by the Clerk on the following CM/ECF participants:

| Attorney for Plaintiffs | Mediator |
|---|---|
| Shaamini A. Babu<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery St., Ste. 2110<br>San Francisco, CA 94104<br><br>Tel: (415) 882-7900<br>Fax: (415) 882-9287<br>Email: sbabu@sjlawcorp.com | Charles Hastings<br>Hastings Law Office<br>4568 Feather River Dr. Suite A<br>Stockton, CA 95219<br><br>Tel: (209) 476-1010<br>Fax: (209) 952-7854<br>Email: chastings@hastingslawoffice.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2014, at Walnut Creek, California.

/S/ *Anna Johnson*

70139.013/370076.1

CASE NO. CV 13-3176 SI
PROOF OF SERVICE