**IT IS SO ORDERED**

*Susan Illston*
Judge Susan Illston

| | |
|---|---|
| Shaamini A. Babu (SBN 230704)<br>Saltzman & Johnson Law Corporation<br>44 Montgomery Street, Suite 2110<br>San Francisco, CA 94104<br>(415) 882-7900<br>(415) 882-9287 – Facsimile<br>sbabu@sjlawcorp.com<br><br>Attorneys for Plaintiffs | |
| Horace W. Green (SBN 115699)<br>Dominic V. Signorotti (SBN 267712)<br>Buchman Provine Brothers Smith LLP<br>1333 North California Blvd. Suite 350<br>Walnut Creek, CA 94596<br>(925) 944-9700<br>(925) 944-9701 – Facsimile<br>hgreen@bpbsllp.com<br>dsignorotti@bpbsllp.com<br><br>Attorneys for Defendants<br>Galletti Properties, LLC; Galletti Brothers<br>Properties; John O. Galletti; George E. Galletti | Robert Galletti<br>1542 Grove Way<br>Concord, CA 94519<br><br>Defendant – In Propria Persona |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.<br><br>            Plaintiffs,<br><br>vs.<br><br>GALLETTI CONCRETE, INC., et al.,<br><br>            Defendants. | Case No.: CV 13-3176 SI<br><br>**DISMISSAL OF DEFENDANTS PURSUANT TO STIPULATION** |

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii), Plaintiffs Richard Piombo and Russell E. Burns, in their respective capacities as Trustees of the Pension Plan for Pension Trust Fund for Operating Engineers; and appearing Defendants Galletti Properties, LLC ("GPL"), a California limited liability company; Galletti Brothers Properties ("GBP"), a California general partnership; and individuals, John O. Galletti; George E. Galletti; and Robert R. Galletti, hereby stipulate to the voluntarily dismissal with prejudice of Defendants GPL, GBP, John O. Galletti; George E. Galletti; and Robert R. Galletti. Plaintiffs have not previously filed or dismissed any similar action against Defendants GPL, GBP, John O. Galletti; George E. Galletti; and Robert R. Galletti.

1  Default has been entered against Defendant Galletti Concrete, Inc., since said defendant did not appear in this action. Docket No. 26. Plaintiffs voluntarily dismiss without prejudice of only Defendant Galletti Concrete, Inc.

IT IS SO STIPULATED.

DATED:  January 20, 2015           Saltzman & Johnson Law Corporation
                                   By:            /s/
                                        Shaamini A. Babu
                                        Attorney For Plaintiffs
                                   Pension Plan For Pension Trust Fund For Operating
                                   Engineers, Richard Piombo and Russell E. Burns, As
                                   Trustees

DATED:  January 20, 2015           Buchman Provine Brothers Smith LLP
                                   By:            /s/
                                        Horace W. Green
                                        Dominic V. Signorotti
                                        Attorneys for Defendants
                                   Galletti Properties, LLC; Galletti Brothers Properties;
                                   John O. Galletti; George E. Galletti

DATED:  January 20, 2015           Robert R. Galletti
                                   By:            /s/
                                        Robert R. Galletti
                                        Defendant – In Propria Persona

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On January 20, 2015, I served the following document(s):

**DISMISSAL OF DEFENDANTS GALLETTI PROPERTIES, LLC; GALLETTI BROTHERS PROPERTIES; JOHN O. GALLETTI; GEORGE E. GALLETTI; AND ROBERT R. GALLETTI PURSUANT TO STIPULATION**

XX  **MAIL** by placing the envelope for collection and mailing on the date shown above following our ordinary business practices. Being readily familiar with this business's practice for collecting and processing correspondence for mailing, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed enveloped with postage fully prepaid.

Defendant Robert Galletti
Defendant – In Propria Persona
1542 Grove Way
Concord, CA 94519

XX  **ELECTRONICALLY** by causing said document to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

Defendants Galletti Properties, LLC; Galletti Brothers Properties;
John O. Galletti; George E. Galletti
c/o Horace W. Green, Esq. & Dominic V. Signorotti, Esq.
Buchman Provine Brothers Smith LLP
1333 North California Blvd. Suite 350
Walnut Creek, CA 94596

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 20th day of January, 2015, at San Francisco, California.

                        /S/
                    Catherine Jemera